IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARTINA M EVERETTE<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-11172-MDC |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    MARTINA M EVERETTE
    4629 GREENE STREET
    PHILADELPHIA, PA  19144

B. and by electronic service only:

Creditor

    LAKEVIEW LOAN SERVICING LLC
    LOANCARE LLC
    PO BOX 8068
    VIRGINIA BEACH, VA  23450

Debtor's Attorney

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated:  2/21/2024

/s/ Kenneth E.West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee