United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Martina M. Everette  
    Debtor

Case No. 19-11172-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin       Page 1 of 2  
Date Rcvd: May 06, 2024       Form ID: 195       Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

**Recip ID**      **Recipient Name and Address**  
db      + Martina M. Everette, 4629 Greene Street, Philadelphia, PA 19144-6024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:

**Name**      **Email Address**

JEROME B. BLANK  
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

JOSEPH JASPER SWARTZ  
     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST  
     ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON  
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK  
     on behalf of Debtor Martina M. Everette help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 06, 2024 | Form ID: 195 | Total Noticed: 1 |

      on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mimcgowan@raslg.com

ROBERT J. DAVIDOW
      on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC robert.davidow@phelanhallinan.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Martina M. Everette : Case No. 19−11172−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , May 6, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

87
Form 195