United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11172-pmm
Martina M. Everette  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: May 28, 2024 | Form ID: 206 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martina M. Everette, 4629 Greene Street, Philadelphia, PA 19144-6024 |
| 14282435 | + | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14282438 | + | Brand Bank/greensky, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 14282457 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14283155 | | LakeView Laon Servicing, Mario J. Hanyon, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14282462 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14279943 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14333503 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14282471 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2024 03:33:35 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 03:31:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2024 03:33:38 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 29 2024 03:33:32 | Wells Fargo Bank, N.A., P.O. Box 10438, Des Moines, IA 50306-0438 |
| 14282434 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 03:31:00 | Aes/pheaa, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14282436 | + | Email/Text: bk@avant.com | May 29 2024 03:31:00 | Avant, Attn: Bankruptcy, PO Box 9183380, Chicago, IL 60691-3380 |
| 14282437 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 29 2024 03:33:32 | BMW Financial Services, Attn: Bankruptcy Department, PO Box 3608, Dublin, OH 43016 |
| 14295278 | | Email/PDF: acg.bmw.ebn@aisinfo.com | May 29 2024 03:33:38 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14281765 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2024 03:33:34 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14282446 | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14282448 | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14361198 | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14282439 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 03:33:38 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14282440 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 03:33:38 | Capital One / Saks F, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14302940 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2024 03:33:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14282441 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 03:33:34 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14302126 | + | Email/Text: RASEBN@raslg.com | May 29 2024 03:31:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14282443 | + | Email/Text: ecf@ccpclaw.com | May 29 2024 03:31:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14318305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2024 03:33:35 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14282445 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2024 03:33:35 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14282447 | + | Email/Text: bankruptcy@philapark.org | May 29 2024 03:31:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14282449 | + | Email/Text: bankruptcy@philapark.org | May 29 2024 03:31:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14282451 | + | Email/Text: documentfiling@lciinc.com | May 29 2024 03:31:00 | Comcast Cable, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14282450 | + | Email/Text: documentfiling@lciinc.com | May 29 2024 03:31:00 | Comcast Cable, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14282452 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 29 2024 03:31:00 | Credit Collection Service, Attn: Bankruptcy, PO Box 773, Needham, MA 02494-0918 |
| 14282453 | + | Email/PDF: creditonebknotifications@resurgent.com | May 29 2024 03:33:35 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14290981 | | Email/Text: mrdiscen@discover.com | May 29 2024 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14282454 | + | Email/Text: mrdiscen@discover.com | May 29 2024 03:31:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14282455 | | Email/Text: bankruptcycourts@equifax.com | May 29 2024 03:31:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14434880 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 03:31:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 14282456 | ^ | MEBN | May 29 2024 03:24:17 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14282458 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 29 2024 03:33:32 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14294639 | + | Email/Text: bankruptcy@greenskycredit.com | May 29 2024 03:31:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |

Case 19-11172-pmm   Doc 90   Filed 05/30/24   Entered 05/31/24 00:37:36   Desc Imaged
                              Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: 206 | Total Noticed: 68 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14282459 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2024 03:31:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14303148 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2024 03:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14282442 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2024 03:33:31 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14316832 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 29 2024 03:31:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14315229 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 03:33:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14764342 | + | Email/Text: RASEBN@raslg.com | May 29 2024 03:31:00 | Lakeview Loan Servicing, LLC, c/o Charles Wohlrab, Esq, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14282460 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 29 2024 03:31:00 | LoanCare LLC, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14289033 | + | Email/PDF: cbp@omf.com | May 29 2024 03:33:38 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14282461 | + | Email/PDF: cbp@omf.com | May 29 2024 03:33:31 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14282464 | ^ | MEBN | May 29 2024 03:24:24 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14304595 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 03:31:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14318278 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2024 03:33:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14282463 | | Email/Text: bankruptcygroup@peco-energy.com | May 29 2024 03:31:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14312428 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 03:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14282465 | + | Email/Text: bankruptcy@philapark.org | May 29 2024 03:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14282466 | + | Email/Text: bankruptcy1@pffcu.org | May 29 2024 03:31:00 | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14282467 | + | Email/Text: bankruptcy1@pffcu.org | May 29 2024 03:31:00 | Police And Fire Fcu, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2051 |
| 14294359 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2024 03:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14764211 | + | Email/Text: RASEBN@raslg.com | May 29 2024 03:31:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14282468 | + | Email/Text: bankruptcy@sw-credit.com | May 29 2024 03:31:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14279943 | ^ | MEBN | May 29 2024 03:24:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14282469 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 03:33:38 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14282470 | | Email/Text: DASPUBREC@transunion.com | May 29 2024 03:31:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

District/off: 0313-2 | User: admin | Page 4 of 5
Date Rcvd: May 28, 2024 | Form ID: 206 | Total Noticed: 68

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14753190 | + | Email/Text: EBN@edfinancial.com | May 29 2024 03:31:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14289280 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 29 2024 03:33:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14282472 | + | Email/Text: bncnotice@ph13trustee.com | May 29 2024 03:31:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14282444 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14387360 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14468310 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Martina M. Everette help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mimcgowan@raslg.com |
| ROBERT J. DAVIDOW | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC robert.davidow@phelanhallinan.com |

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: May 28, 2024 | Form ID: 206 | Total Noticed: 68

United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Martina M. Everette                                         Case No: 19−11172−pmm

    Debtor(s)

_____

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 5/28/24

For The Court

Timothy B. McGrath
Clerk of Court