Certificate Number: 16339-PAE-DE-038793274

Bankruptcy Case Number: 19-11172



16339-PAE-DE-038793274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 22, 2024</u>, at <u>12:19</u> o'clock <u>PM EDT</u>, <u>Martina Everette</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 22, 2024</u>          By:     <u>/s/Kelley Tipton</u>

                                      Name:   <u>Kelley Tipton</u>

                                      Title:  <u>Certified Financial Counselor</u>