# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Martina M. Everette,

        Debtor.

Case No. 19-11172-pmm

Chapter 13

**Debtor's Motion to Reopen Case**

**AND NOW**, Debtor Martina M. Everette, by and through her attorney, moves this Court to reopen this case. In support of this motion, the Debtor states as follows:

1. This case was closed without a discharge on May 28, 2024, because the Debtor failed to file proof of compliance with 11 U.S.C. §109(h)(4) and 11 U.S.C. §522(q).

2. The Debtor has since filed a Financial Management Course Certificate and Certifications regarding Domestic Support Obligations and Section 522(q).

3. With that, the Debtor has complied with 11 U.S.C. §109(h)(4) and 11 U.S.C. §522(q).

4. The Debtor requests that the Court reopen this case and enter a discharge order.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in her favor as may be necessary and proper under the law.

Date: September 5, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com