**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Martina M. Everette,<br><br>　　　　　Debtor. | Case No. 19-11172-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reopen Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **REOPENED**.

3. The Clerk must close this case promptly after the Court enters a discharge order.


Date:
　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge