# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: <br><br> Martina M. Everette, <br><br>               Debtor. | Case No. 19-11172-pmm <br><br> Chapter 13 |

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Reopen Case along with the notice on the following parties through the CM/ECF system:

| | |
|---|---|
| U.S. Trustee (CM/ECF) | Synchrony Bank (CM/ECF) |
| Kenneth E. West (CM/ECF) | BMW Financial Services NA, LLC (CM/ECF) |
| Lakeview Loan Servicing, LLC (CM/ECF) | |

And on the parties listed on the attached mailing exhibit by first class mail.

Date: September 5, 2024

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing Exhibit**

PGW
Legal Dept. 4th Floor
800 W. Montgomery Avenue
Philadelphia, PA 19122

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Greensky, LLC
1797 Northeast Expressway, Suite 100
Atlanta, GA 30329-3614

Police And Fire Fcu
1 Greenwood Square Office Park
3333 Street Rd.
Bensalem, PA 19020

Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Educational Credit Management Corporation
PO BOX 16408
St. Paul MN 55116-0408

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

US Dept. of Education
120 N. Seven Oaks Dr.
Knoxville, TN 37922

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax & Revenue Unit
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595