United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Martina M. Everette,

        Debtor.

Case No. 19-11172-pmm

Chapter 13

### CERTIFICATION OF NO ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING

1. That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the MOTION TO REOPEN CASE was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

Date: October 1, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com