**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Martina M. Everette,<br><br>               Debtor. | Case No. 19-11172-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reopen Case**

    **AND NOW**, upon consideration of the Debtor's Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **REOPENED**.
3. The Clerk must close this case promptly after the Court enters a discharge order.

Date:
**October 3, 2024**

                              Patricia M. Mayer
                              U.S. Bankruptcy Judge