United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-11172-pmm

Martina M. Everette                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                     User: admin                                              Page 1 of 4
Date Rcvd: Oct 04, 2024                          Form ID: 138OBJ                                    Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Martina M. Everette, 4629 Greene Street, Philadelphia, PA 19144-6024 |
| 14282435 | + | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14282438 | + | Brand Bank/greensky, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 14282457 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14283155 | | LakeView Laon Servicing, Mario J. Hanyon, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14282462 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14282471 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2024 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14282434 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2024 23:30:00 | Aes/pheaa, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14282436 | + | Email/Text: bk@avant.com | Oct 04 2024 23:31:00 | Avant, Attn: Bankruptcy, PO Box 9183380, Chicago, IL 60691-3380 |
| 14282437 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 04 2024 23:38:27 | BMW Financial Services, Attn: Bankruptcy Department, PO Box 3608, Dublin, OH 43016 |
| 14295278 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 04 2024 23:40:37 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14281765 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2024 23:40:36 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14282446 | | Email/Text: megan.harper@phila.gov | Oct 04 2024 23:31:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14282448 | | Email/Text: megan.harper@phila.gov | Oct 04 2024 23:31:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14361198 | | Email/Text: megan.harper@phila.gov | Oct 04 2024 23:31:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14282439 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:40:59 | Capital One, Attn: Bankruptcy, PO Box 30285, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14282440 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:38:35 | Salt Lake City, UT 84130-0285<br>Capital One / Saks F, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14302940 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 23:39:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14282441 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:39:57 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14302126 | + | Email/Text: RASEBN@raslg.com | Oct 04 2024 23:30:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14282443 | + | Email/Text: ecf@ccpclaw.com | Oct 04 2024 23:30:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14318305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 23:40:13 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14282445 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2024 23:39:14 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14282447 | + | Email/Text: bankruptcy@philapark.org | Oct 04 2024 23:31:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14282449 | + | Email/Text: bankruptcy@philapark.org | Oct 04 2024 23:31:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14282451 | + | Email/Text: documentfiling@lciinc.com | Oct 04 2024 23:30:00 | Comcast Cable, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14282450 | + | Email/Text: documentfiling@lciinc.com | Oct 04 2024 23:30:00 | Comcast Cable, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14282452 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 04 2024 23:31:00 | Credit Collection Service, Attn: Bankruptcy, PO Box 773, Needham, MA 02494-0918 |
| 14282453 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2024 23:39:58 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14290981 | | Email/Text: mrdiscen@discover.com | Oct 04 2024 23:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14282454 | + | Email/Text: mrdiscen@discover.com | Oct 04 2024 23:30:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14282455 | | Email/Text: bankruptcycourts@equifax.com | Oct 04 2024 23:30:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14434880 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 04 2024 23:30:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 14282456 | ^ | MEBN | Oct 04 2024 23:20:35 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14282458 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 04 2024 23:39:13 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14294639 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 04 2024 23:30:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14282459 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2024 23:30:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14303148 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 23:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14282442 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2024 23:40:45 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14316832 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 04 2024 23:30:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, |

| | | | | |
|---|---|---|---|---|
| | | | | VIRGINIA BEACH VA 23452-4262 |
| 14315229 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 23:38:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14764342 | + | Email/Text: RASEBN@raslg.com | Oct 04 2024 23:30:00 | Lakeview Loan Servicing, LLC, c/o Charles Wohlrab, Esq, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14282460 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 04 2024 23:30:00 | LoanCare LLC, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14289033 | + | Email/PDF: cbp@omf.com | Oct 04 2024 23:38:26 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14282461 | + | Email/PDF: cbp@omf.com | Oct 04 2024 23:38:26 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14282464 | ^ | MEBN | Oct 04 2024 23:20:39 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14304595 | + | Email/Text: bncnotifications@pheaa.org | Oct 04 2024 23:30:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14318278 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2024 23:40:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14282463 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 04 2024 23:30:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14312428 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14282465 | + | Email/Text: bankruptcy@philapark.org | Oct 04 2024 23:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14282466 | + | Email/Text: bankruptcy1@pffcu.org | Oct 04 2024 23:30:00 | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14282467 | + | Email/Text: bankruptcy1@pffcu.org | Oct 04 2024 23:30:00 | Police And Fire Fcu, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2051 |
| 14294359 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 23:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14764211 | + | Email/Text: RASEBN@raslg.com | Oct 04 2024 23:30:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14282468 | + | Email/Text: bankruptcy@sw-credit.com | Oct 04 2024 23:30:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14279943 | ^ | MEBN | Oct 04 2024 23:20:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14282469 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 23:40:59 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14282470 | | Email/Text: DASPUBREC@transunion.com | Oct 04 2024 23:30:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14333503 | ^ | MEBN | Oct 04 2024 23:20:56 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14753190 | + | Email/Text: EBN@edfinancial.com | Oct 04 2024 23:30:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14289280 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 04 2024 23:39:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14282472 | + | Email/Text: bncnotice@ph13trustee.com | | |

Case 19-11172-pmm    Doc 100    Filed 10/06/24    Entered 10/07/24 00:30:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 04, 2024 | Form ID: 138OBJ | Total Noticed: 64 |

Oct 04 2024 23:31:00    William C. Miller, Esquire, Chapter 13 Trustee,
P.O. Box 1229, Philadelphia, PA 19105-1229

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14282444 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14387360 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14468310 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Martina M. Everette help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mimcgowan@raslg.com |
| ROBERT J. DAVIDOW | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC robert.davidow@phelanhallinan.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 99 – 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Martina M. Everette ) Case No. 19−11172−pmm
)
)
   Debtor(s). ) Chapter: 13
)
)

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 4, 2024            For The Court

           Timothy B. McGrath
           Clerk of Court